**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 17-7587**

_____

DERRELL B. WILLIAMS,

        Petitioner - Appellant,

      v.

JUDGE MARVIN SMITH; ADMINISTRATIVE JUDGE JONATHAN G. NEWELL,

        Respondents - Appellees.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore. James K. Bredar, Chief District Judge.  (1:17-cv-03313-JKB)

_____

Submitted:  March 29, 2018                      Decided:  April 3, 2018

_____

Before AGEE and DIAZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Derrell B. Williams, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Derrell B. Williams appeals the district court's order denying his petition for a writ of mandamus. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court.[*] *Williams v. Smith*, No. 1:17-cv-03313-JKB (D. Md. Nov. 14, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Insofar as Williams' informal brief raises claims not presented to the district court, we conclude that Williams has waived appellate review of those claims. *See Pornomo v. United States*, 814 F.3d 681, 686 (4th Cir. 2016).